IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD DIVISION

| | | |
|---|---|---|
| Chadwick L. Rodgers, | ) | Civil Action No.: 8:10-CV-00306-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **QUALIFIED PROTECTIVE ORDER** |
| | ) | |
| West Plains Resaw Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Qualified Protective Order ("Order") is presented to the Court pursuant to 45 C.F.R. § 164.512(e) of the Privacy Standards promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). The parties agree to comply fully with the terms and conditions of this Order.

1. This Order shall apply to the production of all documents produced pursuant to the attached Subpoenas, such documents hereinafter referred to ("Records from all healthcare providers").

2. The Records of plaintiff, Chadwick L. Rodgers, from all healthcare providers shall be used only in the course of the above-captioned proceedings and provided to all counsel of record.

3. Upon conclusion of this action, the Records from all healthcare providers, and all copies thereof, shall either be returned to defendant and third-party plaintiff's counsel or destroyed.

4. By approval of this Order, the parties agree to be bound by the conditions of

this Order.

**AND IT IS SO ORDERED.**

**s/Henry F. Floyd**
Honorable Judge Henry F. Floyd

Spartanburg, South Carolina

March 19, 2010

**WE MOVE AND AGREE:**

SOWELL GRAY STEPP & LAFFITTE, LLC

By: S / Rebecca Laffitte
    Rebecca Laffitte
    Fed. I.D. No.: 1036
    rlaffitte@sowellgray.com
    J. Michael Montgomery
    Fed. I.D. No.: 10290
    mmontgomery@sowellgray.com
    Post Office Box 11449
    Columbia, SC 29211
    (803) 929-1400

Attorneys for Defendant, West Plains Resaw Systems, Inc.

**WE CONSENT AND AGREE:**

MCCRAVY NEWLON & STURKIE LAW FIRM, P.A.

By: S / Jon E. Newlon
    Jon E. Newlon
    Fed. I.D. No.: 7332
    1629 Bypass 72 NE
    Greenwood, South Carolina 29649
    (864) 388-9100

Attorneys for Plaintiff, Chadwick L. Rodgers